# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **MERCURY RENTS, INC.** | **CIVIL ACTION NO. 16-1741** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CRENSHAW ENTERPRISES LTD.** d/b/a TIGER INDUSTRIAL RENTALS | **MAG. JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and in this Court's Ruling, and after an independent review of the entire record and the written objections and responses filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss, or Alternatively, Motion to Transfer Venue [Doc. No. 8] filed by Defendant Crenshaw Enterprises, LLC, d/b/a Tiger Industrial Rentals is GRANTED IN PART AND DENIED IN PART. To the extent that the motion seeks to dismiss the action for lack of personal jurisdiction, the motion is GRANTED, and this case is DISMISSED WITH PREJUDICE. To the extent the motion seeks to transfer venue, the motion is DENIED as MOOT.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Motion for Leave to File First Supplemental, Amended, and Restated Complaint [Doc. No. 19] filed by Plaintiff Mercury Rents, Inc. is DENIED.

MONROE, LOUISIANA, this 30th day of May, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE